## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## EASTERN DIVISION

**NATHAN MURPHY, as next friend of**
**EDDIE MURPHY, deceased** **PLAINTIFF**

**VS.** **CAUSE NUMBER: 1:08CV194-SA-JAD**

**SANDRA RAYBURN and**
**STATE FARM MUTUAL AUTOMOBILE**
**INSURANCE COMPANY** **DEFENDANTS**

## ORDER OF DISMISSAL WITH PREJUDICE

UPON CONSIDERATION of the parties' Joint Motion, it is hereby ORDERED that Plaintiff's complaint and all claims are hereby DISMISSED, with prejudice, pursuant to Rule 41(b).

Each party shall bear its own costs.

So ORDERED, this the 3rd day of November, 2008.

                                                     **/s/ Sharion Aycock**
                                                     **U.S. DISTRICT COURT JUDGE**